

**U.S. Department of Justice**

*United States Attorney*
*Southern District of West Virginia*

| | |
|---|---|
| *United States Courthouse*<br>*300 Virginia Street East*<br>*Charleston, WV 25301*<br>FAX: (304) 347-5104 | *Mailing Address*<br>*Post Office Box 1713*<br>*Charleston, WV 25326*<br>(304) 345-2200<br>1-800-659-8726 |

FILED
DEC - 7 2009
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

December 7, 2009

Ms. Lisa Kaye Baisden

Re: Target of Federal Criminal Investigation

Dear Ms. Baisden:

This is to advise you that you are the target of a federal criminal investigation. The investigation has uncovered substantial evidence linking you to the commission of a federal crime in Mingo County. Accordingly, evidence may be presented to a grand jury. As a target, you will not be compelled by subpoena to appear and testify before the grand jury. However, you may appear and testify before the grand jury in Charleston on December 5, 2009, at 9:30 a.m., if you desire.

If you wish voluntarily to appear before the grand jury on the date indicated, please advise me of this fact no later than December 11, 2009.

If you are already represented, give this letter to your attorney. If you wish legal representation but feel you are unable to afford an attorney, you may call the Office of the United States Magistrate Judge at (304) 347-3279 to determine if you are eligible to have an attorney appointed by the court to represent you.

If you have any questions concerning this matter, please feel free to contact me.

Very truly yours,

CHARLES T. MILLER
United States Attorney

By: *M. K. Schwartz*

MONICA K. SCHWARTZ
Assistant United States Attorney

MKS/fgc

cc: United States Magistrate Judge