UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:10-00050

21 U.S.C. § 846

LISA K. BAISDEN,
    also known as "LISA SPAULDING"

### I N F O R M A T I O N

The United States Attorney Charges:

From in or about December 2008, to in or about December 2009, at or near Williamson, Mingo County, West Virginia, within the Southern District of West Virginia and elsewhere, defendant LISA K. BAISDEN, also known as "LISA SPAULDING," and other persons whose identities are both known and unknown to the United States Attorney, knowingly conspired to commit offenses in violation of 21 U.S.C. § 843(a)(3), that is, knowingly and intentionally to acquire and obtain possession of hydrocodone, a Schedule III controlled substance, by misrepresentation, fraud, deception and subterfuge.

In violation of Title 21, United States Code, Section 846.

UNITED STATES OF AMERICA

CHARLES T. MILLER
United States Attorney

By: *Monica K. Schwartz*

MONICA K. SCHWARTZ
Assistant United States Attorney

FILED
MAR - 5 2010
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia