**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

**UNITED STATES OF AMERICA**

v.                                             Criminal No. 2:10-00050

**LISA K. BAISDEN**

**MOTION TO CONTINUE SENTENCING HEARING AND
EXTEND TIME FOR FILING OBJECTIONS TO PRESENTENCE REPORT**

  The defendant, Lisa K. Baisden, by her attorney, Assistant Federal Public Defender George H. Lancaster, Jr., respectfully moves this Honorable Court to continue the sentencing hearing in this matter and to extend the time for filing objections to the presentence report.  In support thereof, counsel respectfully represents:

  1.  The sentencing hearing in this matter is presently scheduled for **June 22, 2010** at **1:30 p.m.** before the Honorable John T. Copenhaver, Jr. in Charleston.

  2.  Per the Court's Order entered on March 26, 2010, objections to the draft presentence report are due to be filed this date, May 25, 2010.

  3.  Counsel for the defendant received the draft presentence report on May 14, 2010, and since the defendant has 14 days after receipt of the report in which to respond, defendant's objections to the presentence report are not due until Friday, May 28, 2010.

  4.  Furthermore, the United States has recently provided counsel for the defendant with a significant amount of material, including hundreds of pages of documents and audio recordings which will take several hours to review and condense.

  5.  Counsel needs additional time in which to review these materials and conduct

further investigation and consult with Ms. Baisden prior to the filing of any objections on her behalf.

6. Counsel has spoken with Assistant United States Attorney Monica Schwartz who has indicated that she has no objections to a continuance in this matter.

WHEREFORE, the defendant requests that this Honorable Court continue the sentencing hearing in this matter and extend the time for filing objections to the presentence report for a period of approximately thirty (30) days.

Date: May 25, 2010.                               Respectfully submitted,

                                                  **LISA K. BAISDEN**

                                                  By Counsel

**MARY LOU NEWBERGER**
**FEDERAL PUBLIC DEFENDER**

s/George H. Lancaster, Jr.
George H. Lancaster, Jr. WV Bar No. 5665
Attorney for Defendant
Office of the Federal Public Defender
United States Courthouse
300 Virginia Street, East, Room 3400
Charleston, WV 25301
Telephone: (304) 347-3350
Facsimile: (304) 347-3356
E-mail: george_lancaster@fd.org

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

**UNITED STATES OF AMERICA**

v.                                              Criminal No. 2:10-00050

**LISA K. BAISDEN**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **MOTION TO CONTINUE SENTENCING HEARING AND EXTEND TIME FOR FILING OBJECTIONS TO PRESENTENCE REPORT** has been electronically filed with the Clerk of Court this date using the CM/ECF system and served upon opposing counsel as follows:

| | |
|---|---|
| **VIA CM/ECF:** | Monica K. Schwartz, AUSA<br>Office of the United States Attorney<br>United States Courthouse<br>300 Virginia Street, East, Room 4000<br>Charleston, WV 25301<br>E-mail: monica.schwartz@usdoj.gov |
| Dated: May 25, 2010 | s/George H. Lancaster, Jr.<br>George H. Lancaster, Jr., WV Bar No: 5665<br>Attorney for Defendant<br>Office of the Federal Public Defender<br>United States Courthouse<br>300 Virginia Street, East, Room 3400<br>Charleston, WV 25301<br>Telephone: (304) 347-3350<br>Facsimile: (304) 347-3356<br>E-mail: george_lancaster@fd.org |