# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 10/20/2010                                                         Case Number 2:10-cr-50
Case Style: USA vs. Lisa K. Baisden
Type of hearing Sentencing
Before the honorable: 2508-Copenhaver
Court Reporter Barbara Steinke                                          Courtroom Deputy Kelley Miller
Attorney(s) for the Plaintiff or Government Monica K. Schwartz


Attorney(s) for the Defendant(s) George H. Lancaster, Jr.


Law Clerk                                                                Probation Officer Ruth E. Loftis

Trial Time



Non-Trial Time



Court Time

1:34 pm   to 2:16 pm
Total Court Time: 0 Hours 42 Minutes Non-Trial Time/Uncontested Time


Courtroom Notes

1:30 case set

1:34 - case called - defendant sworn - defense counsel over PSR with defendant thoroughly and she understands - defendant read PSR, went over with attorney, she explained, understands everything

No objections

Report is factually accurate

Parties agree TOL 10 + I = 6-12 months in Zone B

Government elaborated on motion for substantial assistance

Mitigation - defense counsel, defendant

Court stated reasons for sentence including 3553(a) factors

Sentence - 3 years probation - no fine or costs - make self available for random drug screens - make prescription for hydrocodone available to probation officer

## District Judge Daybook Entry

14 days to appeal

2:16 concluded